United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN RUSSO,

Plaintiff,

v.

DEPUTY TIZZONI, et al.,

Defendants.

Case No.  25-cv-08698-AMO (PR)

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 5, 6, 8, 12

This federal civil rights action filed by self-represented Plaintiff Justin Russo will be dismissed as duplicative of his two other pending actions, Case Nos. 25-cv-08697-AMO (PR) and 25-cv-09522-AMO (PR).  Where Russo has filed multiple actions arising from the same core incident, the Court will only allow him to pursue one action.  Thus, it will screen the earlier filed complaint in Case No. 25-cv-08697-AMO (PR), in which Russo pursues claims stemming from alleged excessive force at his arrest on June 14, 2025.  *See* Case No. 25-cv-08697-AMO (PR), Dkt. 1 at 2-4.[1]

While the primary allegation of excessive force at Russo's arrest is identical across all three actions, Defendant Deputy Rodriguez from the Contra Costa Sheriff's Department ("CCSD") is the only defendant consistently named in connection with the excessive force claim. *Id.* at 1-4; Case No. 25-cv-08698-AMO (PR), Dkt. 1 at 1-4; Case No. 25-cv-09522-AMO (PR), Dkt. 1 at 1-12.  In Case No. 25-cv-08697-AMO (PR), Russo claims that Defendant Rodriguez smashed his head into the concrete ground while he was already restrained in handcuffs.  *See* Case No. 25-cv-08697-AMO (PR), Dkt. 1 at 2.  Russo seeks monetary damages.  *Id.* at 4.

In the instant action, Case No. 25-cv-08698-AMO (PR), Russo raises the same excessive

---

[1] Page number citations refer to those assigned by the Court's electronic case management filing system and not those assigned by Russo.

United States District Court
Northern District of California

force claim against Defendant Rodriguez, and names other CCSD defendants as well as unknown medical staff, including: Deputies Tizzoni and John Doe; Emergency Medical Technicians ("EMTs") John Does 1 and 2; and Kaiser Permanente Emergency Room Doctor Jane Doe.  Dkt. 1 at 2.  Russo alleges that Defendant Tizzoni body-slammed him onto an EMT stretcher at his arrest on June 14, 2025, and that an EMT worker struck Russo repeatedly in the chest, purportedly to administer chest compressions for a suspected overdose, though he disputes any opiate use.  *Id.* at 9-10.  Meanwhile, in Russo's other related action, Case No. 25-cv-09522-AMO (PR), he reiterates similar allegations of excessive force against Defendant Rodriguez, and lists him as a defendant along with other CCSO defendants as well as unnamed individuals, including: the Mayor of Hercules; Sheriff David Livingston; Deputy Alvernaz; Hercules Police Department Officer John Doe, Kaiser Permanente Hospital of Richmond, Kaiser Permanente Emergency Department, and Contra Costa County Fire Engine #76.  *See* Case No. 25-cv-09522-AMO (PR), Dkt. 1 at 2.  Specifically, Russo claims that at the time of his arrest on June 14, 2025, he exited his vehicle and complied with the deputies' orders by getting on the ground, but despite his compliance, Defendant Rodriguez slammed his head into the ground repeatedly while another deputy placed his full body weight on Russo's head, making it difficult to breathe.  *See id.* at 5.  Defendant Tizzoni then body-slammed Russo onto an EMT stretcher with significant force.  *Id.*  Russo also claims an EMT worker repeatedly struck him in the chest purportedly to counter a suspected overdose, which amounted to unprovoked abuse because Russo denied taking any drugs.  *Id.* at 6.

The claims in Case Nos. 25-cv-08698-AMO (PR) and 25-cv-09522-AMO (PR), arising from the conduct of Defendants Tizzoni and the unnamed EMT workers do not appear in Case No. 25-cv-08697-AMO (PR).  *Compare* Case No. 25-cv-08697-AMO (PR), Dkt. 1 *with* Case Nos. 25-cv-08698-AMO (PR) and 25-cv-09522-AMO (PR), Dkts. 1.  If Russo wishes to pursue such claims against these defendants who were not named in his earlier-filed action, Case No. 25-cv-08697-AMO (PR), he must file an amended complaint in Case No. 25-cv-08697-AMO (PR) containing such claims.

For the foregoing reasons, the complaint in Case No. 25-cv-08698-AMO (PR) is **DISMISSED** as duplicative.  Based on the dismissal, all pending motions in Case No. 25-cv-

08698-AMO (PR) are **TERMINATED** as moot, without prejudice to refiling in Case No. 25-cv-08697-AMO (PR), if Russo deems it necessary.  Dkts. 5, 6, 8, 12.  No further filings will be accepted in Case No. 25-cv-08698-AMO (PR) as it will be closed.  Any filings received by the Clerk of the Court in Case No. 25-cv-08698-AMO (PR) will be returned to Russo.

Russo's request to proceed IFP in the instant matter will be dealt with in a separate written Order.

The Clerk **SHALL** close the file in Case No. 25-cv-08698-AMO (PR).

**IT IS SO ORDERED.**

Dated:   6/17/2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**