UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN RUSSO,

                Plaintiff,

        v.

DEPUTY TIZZONI, et al.,

                Defendants.

Case No.  25-cv-08698-AMO (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

**IT IS ORDERED AND ADJUDGED**

That the plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated:   6/22/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**